# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

In the Matter of the Search of

Case Number: 13-m-615

**One (1) Hp laptop computer with serial number 5CD22143YZ.**

USDC EDWI
FILED IN GREEN BAY DIV

JUN 19 2013

AT _____ O'CLOCK _____ M
JON W. SANFILIPPO

TO: Any authorized officer of the United States:

### SEARCH AND SEIZURE WARRANT

TO: **Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located at the U.S. Postal Inspection Service office in Oneida, WI in the Eastern District of Wisconsin:

**One (1) Hp laptop computer with serial number 5CD22143YZ.**

The person or property to be searched, described above, is believed to conceal: items described in **ATTACHMENT A** of this affidavit, in violation of 18 USC 1028(a), 1028A, 1343, 1344, and 1029(a).

I find that the affidavit and its attachments, submitted with the application, and incorporated by reference herein establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before ___4-5___, 2013
(not to exceed 14 days)

❏ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States District Court Judge <u>James R Sickel</u>.

Date and time issued  3-22, 2013 at 11:53

Judge's signature

City and state: <u>Green Bay, Wisconsin</u>

HONORABLE JAMES R SICKEL
United States Magistrate Court Judge
*Name & Title of Judicial Officer*

| | RETURN | |
|---|---|---|
| Case No.<br>13-M-615 | Date and time Warrant executed<br>March 27, 2013 at 8:00 AM | Copy of warrant and inventory left with:<br>N/A |

Inventory made in the presence of
Bryan Sunday, USPIS Forensic Computer Analyst

Inventory of person or property taken and name of any person(s) seized:

Hp Pavilion laptop with serial number 5CD22143YZ contained the following items:

**_FOLDER LABELED "EMAIL MESSAGES REPORT"_**
This folder contained several email messages that do not appear to be related to this investigation.
**_FOLDER LABELED "ENCRYPTED FILES REPORT"_**
This folder contains several encrypted files some of which were labeled "bigpoppa44." The digital forensic analysts were unable to decrypt the files.
**_FOLDER LABELED "FILE LISTING REPORT"_**
This folder contained a spreadsheet identifying the dates and times the computer was used.
**_FOLDER LABELED "INTERNET AND CHAT HISTORY REPORT"_**
This folder contained information on the websites accessed and internet searches made using the computer. An analysi of the websites accessed shows several references to the website "primero.mn", a site investigators determined during the course of this investigation to exist for the purpose of selling stolen credit/debit card data.
**_FOLDER LABELED "USB DEVICE REPORT"_**
This folder contains a report showing information on the dates and times a USB device was used on the computer.
**_FOLDER LABELED "SOFTWARE INFORMATION REPORT"_**
This folder contains information on the software that is contained on the computer.

## CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/19/2013

_(Executing officer's signature)_

Subscribed, sworn to, and returned before me this date.

MAT Schmitz US POSTAL INSPECTOR
_(Printed name and title)_

_(U.S. Judge or Magistrate Judge)_

6/19/13
_(Date)_